IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

PRINCE JACKSON-HARBOR, )
)
Petitioner, )
)
v. ) CV 305-091
)
BUREAU OF IMMIGRATION AND, )
CUSTOMS ENFORCEMENT, )
)
Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, Michael Pugh is **SUBSTITUTED** as the proper party respondent, and the instant petition is **DISMISSED** for lack of subject matter jurisdiction. Of course, Petitioner may challenge his removal in the appropriate court of appeals.

SO ORDERED this 21 day of November, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE